# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PERFORMANCE BUILDERS, INC.; AND RANDY SORENSON, AN INDIVIDUAL, <br> Petitioners, <br> vs. <br> THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RONALD J. ISRAEL, DISTRICT JUDGE, <br> Respondents, <br> and <br> JACQUELYNE BAUTISTA, INDIVIDUALLY; LEONARDO BAUTISTA, A MINOR, BY AND THROUGH HIS NATURAL PARENT JACQUELYNE BAUTISTA; DAMIAN BAUTISTA, A MINOR, BY AND THROUGH HIS NATURAL PARENT JACQUELYNE BAUTISTA; RICARDO BAUTISTA, A MINOR, BY AND THROUGH HIS NATURAL PARENT JACQUELYNE BAUTISTA; AND JACQUELYNE BAUTISTA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RICARDO BAUTISTA ON BEHALF OF THE ESTATE OF RICARDO BAUTISTA, <br> Real Parties in Interest. | No. 77466 <br><br> **FILED** <br><br> DEC 11 2018 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY_____ <br> DEPUTY CLERK |

## ORDER DENYING PETITION

This petition for a writ of mandamus challenges a district court order denying a motion to dismiss or for summary judgment in a wrongful death action. The decision to entertain a petition for a writ of mandamus is purely discretionary. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). And as a general rule subject to very few

SUPREME COURT
OF
NEVADA

(O) 1947A

18-908110

exceptions, we have declined to exercise that discretion with respect to writ petitions that challenge district court orders denying motions to dismiss or motions for summary judgment. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). We adhere to the general rule here, particularly because it is not clear that the district court was obligated to grant the motion pursuant to clear statutory authority, the district court's order does not preclude petitioners from again seeking summary judgment after discovery has closed, and petitioners waited more than seven months after entry of the district court's order to file this writ petition. Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Ronald J. Israel, District Judge
       Bremer Whyte Brown & O'Meara, LLP/Las Vegas
       Greenman Goldberg Raby & Martinez
       Eighth District Court Clerk

